# Court of Appeals
# of the State of Georgia

ATLANTA,  May 21, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0188. JEFFREY OSBORNE v. THOMAS LEDERER et al.

Kristye Osborne filed an action against defendants Thomas Lederer and others involving a lien placed on a home that she was attempting sell pursuant to a divorce proceeding with Jeffrey Osborne. Kristye and the defendants consented to an order requiring the lien to be released and the funds being held in the court registry from the divorce proceeding to be dispersed equally between Kristye and Jeffrey, with Jeffrey transferring his portion of the funds to Lederer. Thereafter, Jeffrey filed a motion to intervene, which was never specifically ruled on. The trial court then entered a final order directing the release of the funds from the registry. Jeffrey filed a motion to set aside, and other relief. The trial court denied the motion, and Jeffrey filed a notice of appeal.

However, "an entity that was not a party to the proceedings below cannot bring an appeal in a case in which the appellant filed a motion to intervene, but the trial court did not rule on the motion." *Al-Bari v. Pigg*, ___ Ga. ___ (VI) (a) (Case Nos. S25A0177, S25A0178, S25A0179, S25A0180, S25A0181, S25A0182, S25A0183, S25X0184, decided Sep. 25, 2024). See also *Mar-Pak Michigan, Inc. v. Pointer*, 226 Ga. 146, 146 (173 SE2d 219) (1970) ("Only a party to the case can appeal from a judgment or one who has sought to become a party, as by way of intervention . . . , and has been denied the right to do so.") (citation and punctuation omitted). Because Jeffrey was never made a party to the case, he cannot appeal.

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* ___05/21/2025_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*